United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| VALENTIN ROMAN-PEREZ | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-1365 |
| | § | |
| OFFICE OF IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On August 13, 2026, the Undersigned issued an order in which Petitioner was ordered to file a Petition for Writ of Habeas Corpus no later than August 27, 2026. (Dkt. No. 12). This order was issued in error.

Petitioner **SHALL NOT** file another Petition, unless the Court orders otherwise.

The Clerk of Court is **DIRECTED** to mail a copy of this Order via receipted means to Petitioner at his address on file.

It is so **ORDERED**.

**DONE** at Laredo, Texas, this the 17th day of August, 2026.

Christopher dos Santos
United States Magistrate Judge